IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv205
[Criminal Case No. 1:07cr56]

| | |
|---|---|
| REGINALD DEWAYNE JEFFRIES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1].

After careful review of the motion and record of the criminal case, the undersigned finds that the United States Attorney should file response to the Petitioner's allegations and arguments.

**IT IS, THEREFORE, ORDERED** on or before forty (40) days from the entry of this Order, the United States Attorney shall file response to Petitioner's motion.

Signed: October 1, 2010

Martin Reidinger
United States District Judge