THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv205
[Criminal Case No. 1:07cr56]

| | |
|---|---|
| REGINALD DEWAYNE JEFFRIES, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on the Petitioner's Motion for Discovery [Doc. 65].

In support of the motion, the Petitioner contends that he "has been able to identify several sources of discovery which, if disclosed, would then produce such information that presents a substantial question to the issue of Petitioner's guilt." [Doc. 65 at 1]. Since filing his Section 2255 motion, the Petitioner has inundated this Court with baseless filings. On October 19, 2011, this Court ordered that, in light of the Petitioner's prolific and frivolous filings, he "may not make further filings except that he may respond to any further motions filed by the Respondent within the time allotted by law, he may

re-file a motion for summary judgment at the appropriate time, and he may make such other filings for which he has been granted advanced permission by the Court by further order." [Doc. 55 at 5]. Notwithstanding the Court's Order of October 19, 2011, the Petitioner filed the pending motion without first seeking permission from the Court. The Court will, therefore, deny the Motion for Discovery.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion for Discovery [Doc. 65] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that in furtherance of the Court's prior Order of October 19, 2011, the Petitioner is hereby warned that if he attempts to file any more documents other than those as set forth in the Court's Order of October 19, 2011, or without first seeking permission by Order from the Court, the Court will return the documents to the Petitioner without further explanation.

Signed: February 17, 2012

Martin Reidinger
United States District Judge