# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| REGINALD DEWAYNE JEFFRIES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:10-cv-00205-MR |
| | ) | [1:07-cr-00056-MR-1] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2014 Memorandum of Decision and Order.

January 24, 2014

Frank G. Johns, Clerk
United States District Court